

FILED
NOV 27 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:24-MJ-70 |
| | ) (Misdemeanor) |
| ZAKIYGAN D. HARRISON | ) VA 19 |
| | ) |
| | ) Court Date: December 9, 2024 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)  Ticket No. E1248564

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 10, 2024 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, ZAKIYGAN D. HARRISON did unlawfully assault Rodney Harrison by kicking the said Rodney Harrison about the body with her feet and throwing hot coffee on him. (In violation of Title 18 United States Code, Section 113(a)(5).

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-9115
Gregory.m.joujon.mil@army.ml

## CERTIFICATE OF SERVICE

I certify that on __Nov 27__, 2024, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant Zakiygan D. Harrison.

GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-9115
Gregory.m.goujon.mil@army.mil